JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| MARC KEVIN SCHUHE, | ) Case No. CV 21-6568-DSF (PLAx) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER CLOSING CASE** |
| UNITED STATES OF AMERICA, et al., | ) |
| Defendant(s). | ) |

On September 13, 2021, the Court denied plaintiff's request to file this action without prepayment of the filing fees. The Court ordered plaintiff to pay the filing fees in full within 30 days and advised him that failure to do so would result in closure of the case. Plaintiff has failed to pay the fees or otherwise respond. Accordingly, the case is closed.

IT IS SO ORDERED.

Dated: October 19, 2021

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE